United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41138
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALEJANDRO AYALA-CASTANON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-03-CR-531-ALL
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Alejandro Ayala-Castanon appeals his conviction and sentence

for attempted illegal entry after deportation.  He argues that

the "felony" and "aggravated felony" provisions found at 8 U.S.C.

§ 1326(a) and (b) are unconstitutional sentencing provisions.  He

acknowledges that his argument is foreclosed, but he seeks to

preserve the issue for possible Supreme Court review in light of

the Supreme Court's decision in Apprendi v. New Jersey, 530 U.S.

466 (2000).  As Ayala-Castanon concedes, this issue is

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

foreclosed. See <u>Almendarez-Torres v. United States</u>, 523 U.S. 224, 247 (1998); <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000).

Ayala-Castanon also argues that there is an error in the judgment. However, because the district court has corrected this error, this issue is moot.

AFFIRMED.